```
                                            FILED

                                        17 SEP -8 PM 12:45
              Unsealed on 9/13/17
                                        CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME IVAN MENDEZ-MACIEL (1),<br>ARMANDO MARTIN LOPEZ ESTRADA (2),<br>JUAN GARCIA (3),<br>JESSE CORTES (4),<br>DANIEL BRAVO JR. (5),<br><br>Defendants. | Case No. **17 CR 2726 LAB**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine and Cocaine; Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Methamphetamine and Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession with Intent to Distribute Methamphetamine and Cocaine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including September 8, 2017, within the Southern District of California, and elsewhere, defendants JAIME IVAN MENDEZ-MACIEL, ARMANDO MARTIN LOPEZ ESTRADA, JUAN GARCIA, JESSE CORTES, and DANIEL BRAVO JR. did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), and 5 kilograms and more of cocaine, both Schedule II Controlled Substances; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

FADI:nlv:San Diego:9/8/17    

Count 2

Beginning on a date unknown to the grand jury and continuing up to and including September 8, 2017, within the Southern District of California, and elsewhere, defendants JAIME IVAN MENDEZ-MACIEL, ARMANDO MARTIN LOPEZ ESTRADA, JUAN GARCIA, JESSE CORTES, and DANIEL BRAVO JR., did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to import 50 grams and more of methamphetamine (actual), and 5 kilograms and more of cocaine, both Schedule II Controlled Substances, into the United States from a place outside thereof; all in violation of Title 21, United States Code, Sections 952, 960, and 963.

Count 3

On or about November 8, 2016, within the Southern District of California, defendant JAIME IVAN MENDEZ-MACIEL did knowingly and intentionally distribute 50 grams and more of methamphetamine (actual), to wit: approximately 485.1 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 4

On or about June 7, 2017, within the Southern District of California, defendant JUAN GARCIA did knowingly and intentionally import 50 grams and more of methamphetamine (actual), and 500 grams and more of cocaine, both Schedule II Controlled Substances, into the United States from a place outside thereof; all in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

Count 5

On or about June 7, 2017, within the Southern District of California, defendant JESSE CORTES did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine (actual), and 500 grams and more of cocaine, both Schedule II Controlled Substances; all in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 5 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 5 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JAIME IVAN MENDEZ-MACIEL, ARMANDO MARTIN LOPEZ ESTRADA, JUAN GARCIA, JESSE CORTES, and DANIEL BRAVO JR. shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 5 of this Indictment, to wit: a Glock 35 pistol bearing serial number UGB086, a Glock 17 pistol bearing serial number TW411, a Springfield XD pistol bearing serial number US246765, an assault rifle gauge .223 bearing serial number LX001025, two assault rifles gauge .223 with no serial numbers, a Browning Arms

A-Bolt hunting rifle bearing serial number 29086MM351, a Glock 22 pistol bearing serial number CTR653, and $9,690.

   3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

  DATED: September 8, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
FRANCIS A. DIGIACCO
Assistant U.S. Attorney

4